JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-7185-VBF(JEMx)**                    Dated: **November 18, 2010**

Title:    Salvador Perez -v- Chase Home Finance, LLC, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

          Joseph Remigio                           None Present
          Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                             None Present

**PROCEEDINGS (IN CHAMBERS):**       **COURT ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    On November 17, 2010, Plaintiff Salvador Perez filed a Notice Of Voluntary Dismissal Of Complaint Without Prejudice ("Notice").  Dkt. 24.  The Notice states that Plaintiff dismisses all causes of action in the complaint against defendants Chase Home Finance LLC and DOES 1 through 10 without prejudice.  Defendants Chase Home Finance LLC and DOES 1 through 10 are the only defendants in this action.  Dkt. 1.

    In light of the Notice, the Court hereby DISMISSES this action in its entirety, without prejudice.

    All future dates are vacated and this matter is closed.


MINUTES FORM 90                          Initials of Deputy Clerk    jre
CIVIL - GEN

-1-